BEFORE THE FIRST DIVISION, OCTOBER 10, 1938

**No. 39552.**—Protest 837032–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J.   The wooden boxes in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.   *Fenton* v. *United States* (C. D. 40) followed.